COA Case No. 08-14-00166-CR
PD-1146-15
Tr. Ct. No. 1655

Mr. Acosta,

This is to inform the court that the ORDER, attatched (please return), that was issued July 29th, 2015 has not been honored by the Clerk of the Dist Clerk of Crane Co. I have not been able to prepare my PDR due to this failure to adhere to the ORDER by the 8th Dist Ct. of App. I have written the Clerk in Crane Co multiple times, to no avail and without response of any kind. The Crane Co. Dist Clerk has repeatedly refused to comply with this Courts' ORDER, which is hindering my Rights to prepare a PDR.

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 12 2015

Abel Acosta, Clerk

Respectfully,

Billy Stofan 1930361
2665 Prison Rd. #1
Lovelady, Tx. 75851



## COURT OF APPEALS
### EIGHTH DISTRICT OF TEXAS
### EL PASO, TEXAS

|  |  |  |
|---|---|---|
| BILLY JOE STOFAN, | § | No. 08-14-00166-CR |
| Appellant, | § | Appeal from the |
| v. | § | 109th Judicial District Court |
| THE STATE OF TEXAS, | § | of Crane County, Texas |
| Appellee. | § | (TC# 1655) |
|  | § |  |

## O R D E R

Appellant requests review of the appellate record (to include the clerk's record, reporter's record, and any supplemental records) in Cause No. 08-14-00166-CR to prepare his petition for review to be filed in the Court of Criminal Appeals. We therefore ORDER the Clerk of the District Court of Crane County, Texas to forward a copy of the record to the prison senior warden, Steven Sperry, Texas Department of Criminal Justice, Charles T. Terrell Unit, 1300 FM 655, Rosharon, Texas 77583 for use by the Appellant in preparation of his petition for review under the supervision of designated custodian of records. We further ORDER that the record be returned to the Clerk of the District Court of Crane County, no later than **August 31, 2015**.

IT IS SO ORDERED THIS 29TH DAY OF JULY, 2015.

YVONNE T. RODRIGUEZ, Justice